## 2289.  GAINES v. THE STATE.

RUSSELL, J.  The decision of this case is controlled by the ruling of the Supreme Court in *Dorsey* v. *State*, 108 *Ga*. 477 (34 S. E. 135). Even if an assault was proved, the inference that the defendant intended to commit the offense charged is not exclusive of other hypotheses, which are equally well supported by the evidence.      *Judgment reversed.*

Indictment for assault with an intent to rape; from Stephens superior court—Judge Kimsey.    November 15, 1909.

Submitted January 12, 1909.—Decided February 10, 1910

*B. F. Davis, N. R. C. Ramey,* for plaintiff in error.

*W. A. Charters, solicitor-general,* contra.

---

## 2300.  BACKUS v. CITY OF ATLANTA.

## 2301.  BARNWELL v. CITY OF ATLANTA.

HILL, C. J.  1. The defendants were tried jointly for a violation of a municipal ordinance. They were not represented by counsel, and the witnesses against them were not cross-examined, and one of the defendants was not served with a summons.  *Held*, no error requiring the grant of another trial, where there was no request by either defendant for a separate trial, and no request to be allowed to cross-examine any of the witnesses, or refusal of such request, and where the defendant who was not served with a summons did not demand to be served with one before the trial.  *Venable* v. *Atlanta*, ante, 190 (66 S. E. 489) ; *Pearson* v. *Wimbish*, 124 *Ga*. 708 (52 S. E. 751).

2. On the trial of one charged with violation of a city ordinance, the credibility of testimony is for determination exclusively by the municipal official trying the case; and his finding will not be interfered with, where there is any evidence to support it, especially where it is approved by the superior court on certiorari.

3. Punishment imposed for a violation of a city ordinance is not legally excessive, where it is within the limitations of the ordinance.

4. The evidence against the defendants was decidedly weak, but we can not hold that there was none; and its sufficiency was entirely for the recorder.                    *Judgment affirmed. Russell, J., dissents.*

Certiorari; from Fulton superior court—Judge Pendleton. November 11, 1909.

Argued January 12,—Decided February 10, 1910.

*Lavender R. Ray,* for plaintiffs in error.

*James L. Mayson, William D. Ellis Jr.,* contra.